IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

Jermaine Riley,

    Petitioner,

v.

United States of America,

    Respondent.

Case No. 2:12–cv–435
Crim. No. 2:07–cr–220(1)

Judge Michael H. Watson
Magistrate Judge King

## ORDER

On April 14, 2014, the United States Magistrate Judge recommended that the motion to vacate, set aside or correct sentence pursuant to 28 U.S.C. § 2255 be dismissed. Report and Recommendation, ECF No. 278. Although the parties were advised of the right to object to the Report and Recommendation, and of the consequences of their failure to do so, no objections have been filed.

The Report and Recommendation, ECF 278, is **ADOPTED** and **AFFIRMED**. This action is hereby **DISMISSED**. The Clerk is directed to enter final judgment.

    **IT IS SO ORDERED.**

*/s/ Michael H. Watson*
MICHAEL H. WATSON, JUDGE
UNITED STATES DISTRICT COURT